# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148190

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

STERLING BRICE HARRIS, a/k/a
STERLING PRICE HARRIS, JR.,
     Defendant-Appellant.

SC: 148190
COA: 316076
Wayne CC: 04-012704-FC

_____/

     On order of the Court, the application for leave to appeal the October 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

d0421